IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I-LEAD CHARTER SCHOOL-READING, et al, | CIVIL ACTION |
| Plaintiffs, | NO. 16-2844 |
| v. | |
| READING SCHOOL DISTRICT, et al, | |
| Defendants. | |

## ORDER

**AND NOW**, this 20th day of June, 2017, upon review of Defendants' Motion to Dismiss (Docket No. 14), Plaintiffs' response thereto and Defendants' reply, and after oral argument being held on the issues contained therein, it is hereby **ORDERED** that Defendants' Motion to Dismiss (Docket No. 14) is **GRANTED** and this case is **DISMISSED**. The Clerk of Court shall mark this matter **CLOSED**.

                        **BY THE COURT:**

                        **/s/ Jeffrey L. Schmehl**
                        **Jeffrey L. Schmehl, J.**